No. 25-5189

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

SAN CARLOS APACHE TRIBE,
Plaintiff-Appellant,

v.

UNITED STATES FOREST SERVICE, ET AL.,
Defendants-Appellees,

and

RESOLUTION COPPER MINING, LLC,
Intervenor-Appellee

Appeal from the United States District Court for the District of Arizona
Honorable Dominic W. Lanza (No. 2:21-cv-00068-DWL)

## APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY IN SUPPORT OF ITS EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL

**SAN CARLOS APACHE TRIBE DEPARTMENT OF JUSTICE**
Alexander B. Ritchie, AZ Bar No. 019579
Justine Jimmie, AZ Bar No. 019148
Laurel Herrmann, AZ Bar No. 025623
Jana Sutton, AZ Bar No. 032040
Bernardo M. Velasco, AZ Bar No. 033746
P.O. Box 40
San Carlos, Arizona 85550
Tel. (928) 475-3344
alex.ritchie@scat-nsn.gov
justine.jimmie@scat-nsn.gov
laurel.herrmann@scat-nsn.gov
jana.sutton@scat-nsn.gov
bern.velasco@scat-nsn.gov
*Attorneys for the San Carlos Apache Tribe*

**THE SPARKS LAW FIRM, P.C.**
Joe P. Sparks, AZ Bar No. 002383
7503 First Street
Scottsdale, Arizona 85251
Tel. (480) 949-1339
joesparks@sparkslawaz.com
*Attorney for the San Carlos Apache Tribe*

**TITLA & PARSI, PLLC**
Steve Titla, AZ Bar No. 009325
245 S. Hill Street
P.O. Box 1143
Globe, Arizona 85502
Tel. (928) 812-7714
steve@titlaparsi.com
*Attorney for the San Carlos Apache Tribe (of counsel)*

Plaintiff-Appellant the San Carlos Apache Tribe (the "Tribe") respectfully requests leave to file a combined, oversized Reply in Support of its Emergency Motion for Injunction Pending Appeal Under Circuit Rule 27-3. Defendants-Appellees and Intervenor-Appellee each filed Responses to the Tribe's Motion, and those Responses raise overlapping issues. In the interest of expediency and efficiency, the Tribe requests leave for an additional 700 words to address both Responses in a single Reply, for a total length of no more than 3,300 words.

I, as undersigned counsel for the Tribe, declare:

1. On August 16, 2025, the Tribe filed its Emergency Motion for Injunction Pending Appeal under Circuit Rule 27-3.

2. On August 17, 2025, Intervenor-Appellee filed a Response to the Tribe's Motion, and Defendants-Appellees filed an oversized Response to the Tribe's Motion. The Tribe did not oppose Defendants-Appellees request to file an oversized Response.

3. Undersigned counsel has worked diligently and in good faith to limit the length of its Reply and nonetheless has not been able to address both Responses within the limitations of Rule of Federal Appellate Procedure 27(d)(2)(C).

4. I have contacted counsel for both Defendants-Appellees and Intervenor-Appellee, and neither party opposes this request.

For the above reasons, the Tribe respectfully requests a limited extension of 700 words, limiting the Tribe's Reply to no more than 3,300 words.

Respectfully submitted this 18th day of August, 2025.

    San Carlos Apache Tribe
    Office of the Attorney General

By: /s/ Alexander B. Ritchie (with permission)
    Alexander B. Ritchie
    Justine Jimmie
    Laurel Herrmann
    Jana Sutton
    Bernardo M. Velasco
    *Attorneys for Plaintiff San Carlos Apache Tribe*

By: /s/ Joe P. Sparks
    Joe P. Sparks
    *Attorney for Plaintiff San Carlos Apache Tribe*

    Steve Titla
    *Attorney for Plaintiff San Carlos Apache Tribe*
    *Of Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I filed the foregoing document electronically through the CM/ECF system, which caused all parties through counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing.

By: /s/ Joe P. Sparks

    Joe P. Sparks

    *Attorney for Plaintiff San Carlos Apache Tribe*

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(a) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 228 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Garamond.