UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARIZONA MINING REFORM COALITION; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., <br><br> Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br> Intervenor-Defendant - Appellee. | No. 25-5185 <br><br> D.C. No. 2:21-cv-00122-DWL <br> District of Arizona, Phoenix <br><br> ORDER |
| SAN CARLOS APACHE TRIBE, a federally recognized Tribe, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; et al., <br><br> Defendants - Appellees, <br><br> RESOLUTION COPPER MINING, LLC, <br><br> Intervenor-Defendant - Appellee. | No. 25-5189 <br><br> D.C. No. 2:21-cv-00068-DWL <br> District of Arizona, Phoenix |

Before: S.R. THOMAS, SILVERMAN, and BENNETT, Circuit Judges.

These appeals are consolidated.

The emergency motions for injunctive relief are referred to the panel that will be assigned to decide the merits of these appeals. We grant a temporary administrative injunction to preserve the status quo while the motions are pending. Federal Appellees are temporarily enjoined from conveying the Federal land described in § 3003 of the National Defense Authorization Act for Fiscal Year 2015, Pub. L. No. 113-291. We take no position on the merits of the motions.

We expedite the briefing schedule for these appeals. The opening briefs are due September 8, 2025. The consolidated answering briefs are due September 29, 2025. The optional reply briefs are due October 14, 2025.

The clerk will place this appeal on the next available calendar. *See* 9th Cir. Gen. Ord. 3.3(f).